# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ZACHARY SWAIN, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|           v. | ) 1:20-cv-00449-JDL |
| | ) |
| MAINE DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
|    Defendants. | ) |

### ORDER ON PLAINTIFF ROBERT CARROLL'S MOTION TO WITHDRAW

Zachary Swain and five other named Plaintiffs, all prisoners at the Maine State Prison, filed the Complaint in this action on December 2, 2020 (ECF No. 1). On March 10, 2021, United States Magistrate Judge John C. Nivison issued an order directing three Plaintiffs, including Robert Carroll, to show cause as to why their claims should not be dismissed for failure to either pay the filing fee or to submit a properly-completed application for leave to proceed *in forma pauperis* (ECF No. 39). On April 12, 2021, the Court received a letter from Carroll in which he requests to "withdraw" from the case. ECF No. 51. The Court construes Carroll's filing as consent to his being dismissed from the case pursuant to the Magistrate Judge's show-cause order.

Accordingly, it is **ORDERED** that Carroll's motion to withdraw (ECF No. 51) is **GRANTED** and his claims are **DISMISSED**.

SO ORDERED.   Dated: April 23, 2021

                                              /s/ JON D. LEVY
                                      CHIEF U.S. DISTRICT JUDGE