UNITED STATES DISTRICT COURT
District of Maine

Nicholas A. Gladu, et al.,     x
  Plaintiffs                  :    1:20-cv-00449-JDL

v.                                  :    NOTICE OF APPEAL

Maine Department of Corrections, et als.,
  Defendants                :

                                     x

Notice is hereby given that Nicholas Gladu, plaintiff in the above-entitled case, hereby appeals to the United States Court of Appeals for the First Circuit from the order entered on 12/02/2022 [ECF 300] in its entirety.

1.) I am also working on obtaining a copy of certified trust account statement.

Dated: December 13, 2022

                                                             /s/ Nicholas Gladu
                                                             Nicholas A. Gladu
                                                            MDOC #21853
                                                            807 Cushing Rd
                                                            Warren, ME 04864