UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NICHOLAS A. GLADU, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | 1:20-cv-00449-JDL |
| ) | |
| MAINE DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants ) | |

## ORDER REGARDING UNKNOWN DEFENDANTS

On February 16, 2023, the Court ordered the State Defendants to identify the unknown defendants in Plaintiff's complaint or show cause why they were unable to identify the individuals. (Order, ECF No. 323.) In accordance with the Court's order, the State Defendants identified three of the unknown defendants. (Response to Court Order, ECF No. 324.) The State Defendants also reported because Plaintiff's complaint lacks sufficient specific facts, they are unable to identify the other unknown defendants.

After consideration of the State Defendants' submission and after review of relevant portions of the record, the Court is satisfied that the State Defendants' have in good faith attempted to identify the unknown defendants. Absent additional information that might assist in the identification of the unknown defendants, the State Defendants are relieved of any further obligation to attempt to identify the remaining unknown defendants.

On or before March 21, 2023, Plaintiff shall advise the court whether he wishes to substitute the individuals identified by the State Defendants for the unknown defendants referenced in the State Defendants' response. If Plaintiff does not notify the court of his intention, the matter will proceed without the individuals named as defendants.

SO ORDERED.

## **NOTICE**

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 7th day of March, 2023.