UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NICHOLAS A. GLADU, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | 1:20-cv-00449-JDL |
| | ) | |
| MAINE DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER REGARDING EXHIBIT**

On December 21, 2022, the Court granted Plaintiff's motion to seal temporarily. (Order, ECF No. 310.) Plaintiff sought to seal an exhibit (Exhibit C - a report of a neuropsychological evaluation) to Plaintiff's motion for preliminary injunction. In its order, the Court directed Plaintiff to file further argument in support of the motion to seal by January 13, 2023. Plaintiff has not filed further argument to support his request to seal the exhibit.

The Court, however, sealed the same exhibit when attached to Plaintiff's motion to amend the complaint, which motion was denied. (Order, ECF No. 305; Order Denying Objection, ECF No. 327.) Because the same document has otherwise been sealed, and after consideration of the various interests in accordance with *United States v. Kravetz*, 706 F.3d 47 (1st Cir. 2013), the Court will continue the order to seal Exhibit C to Plaintiff's motion for preliminary injunction.

## NOTICE

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 24th day of March, 2023.