UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NICHOLAS A. GLADU, et al., ) | |
| ) | |
|    Plaintiffs ) | |
| ) | |
| v. ) | 1:20-cv-00449-JDL |
| ) | |
| MAINE DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
|    Defendants ) | |

**ORDER ON PENDING MOTIONS**

Plaintiff Gladu recently filed several motions. He asks for a settlement conference (ECF No. 334), that the court provide Plaintiff Hardy with notice of his motion (ECF No. 334), and that the Court stay further proceedings or, alternatively, extend the deadline for him to file an amended complaint. (ECF No. 340.)

In support of his request for a settlement conference, Plaintiff represents that he is likely to move for voluntary dismissal of the complaint. In response to the request, the State Defendants identify some legitimate concerns regarding a potential in-person settlement conference. (Response, ECF No. 338.) The State Defendants, however, are not opposed to discussing with Plaintiffs the possible dismissal of the case.

Following a review of the motions and after consideration of the relevant issues, the Court grants in part Plaintiff's motions as follows:

1. The clerk shall forward to Plaintiff Hardy a copy of Plaintiff Gladu's motion for settlement conference.

2. Subject to the security and safety protocols of the Maine State Prison, the State Defendants shall arrange for a videoconference of the parties to discuss the possible resolution of the case. Plaintiffs, counsel for the State Defendants, and counsel for the Wellpath Defendants shall participate in the conference. On or before May 19, 2023, the parties shall complete the conference and notify the court whether the matter will be dismissed.

3. If the conference does not result in the dismissal of the action, Plaintiff Gladu shall file his amended complaint on or before June 2, 2023. Plaintiff's amended complaint shall be limited to the claims permitted by the Court. (*See* EFC Nos. 196, 300.) The request for a stay is denied.

4. Because the Court has extended the deadline for Plaintiff Gladu to file his amended complaint, the Court believes Plaintiff's objection to the Court's prior order (Objection, ECF No. 339) is moot. Unless Plaintiff Gladu informs the Court to the contrary on or before May 12, 2023, the Court will dismiss the objection as moot.

### NOTICE

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 27th day of April, 2023.